## Dom. Rex *verf.* Gay.

GAY was indicted for affaulting and beating the Sheriff in the due Execution of his Office. The Cafe appeared to be this: Gay by Virtue of the Province Law relative to Highways, 5 W. & M. c. 8, & 11 G. 1, c. 3, (2) was warned to mend the Highways, and upon Complaint to a Juftice that he had neglected his Duty therein, the Juftice made out a Warrant to bring Gay before him to anfwer for

REX
*v.*
GAY.

Rec. 1763.
Fol. 132.

A Juftice has no Power to iffue a Capias to bring before him a Perfon charged with Neglect in mending Highways.
A Warrant irregular on its Face is no Juftification of the Officer.

_____

(1) S. P. *Commonwealth* v. *Hardy*, 2 Mafs. 318, *Parfons, C. J.* — " It is not competent for the profecutor to go into this inquiry until the defendant has voluntarily put his character in iffue."

(2) The provifions of thefe ftatutes are that in cafe of neglect " upon complaint and proof thereof before the next juftice of the peace, without reafonable excufe made, and allowed by fuch juftice, he fhall caufe to be levied of every fuch offender's goods the fum or penalty of two fhillings and fixpence," &c. Anc. Chart. 268, 440.

**1763.**

R EX
*v.*
GAY.

for the Neglect. Dean, the Sheriff, having the Warrant, took Gay, who refcued himfelf and beat the Sheriff. The Queſtion was, whether that Warrant fhould be given as Evidence of Dean's Right to take Gay, the Aſſault being confeſſed and juſtified.

*Otis.* The Juſtice had no Right to iſſue a Capias in this Cafe, and if fo, Dean made the firſt Aſſault. A Warrant from an inferiour Court is lefs refpected than from a fuperiour, yet even a Warrant iſſuing from this Court, illegally, would be a Trefpafs in the Perfon granting, and alfo in the Perfon executing it. It falls within that Rule, that the Officer executes at his Peril. This Court will not iſſue previous Procefs againſt the Body, when Execution can only go againſt the Goods ; this is the Reafon why original Summons iſſues againſt Executors and Adminiſtrators and Truſtees of abfconding Debtors. Difference between this Cafe and that of Aſſeſſors who have Authority of the Perfon. (3) Every Officer is bound to know what is within the Jurifdiction of the Court. Hawkins's Plea, 81. (4)

*Thacher.* The Juſtice has a Right to convene, and this Capias iſſued for that Purpofe, &c.

*Warrant not admitted,* (5) 3 Judges againſt it, 2 doubtful. In Confequence of this,
                  *Defendant acquitted.*
                       **N. B.**

---

(3) Prov. Law, 4 G. 2, Anc. Chart. 477. Gen. Sts. c. 12, § 13. 8 Met. 102.

(4) 1 Hawk. c. 10, § 4.

(5) An illegal warrant is a juſtification only when regular on its face, and

N. B.   Mr. Thacher fays that in a Cafe at Barn-
ftable (*Mayhew & Wadfworth*,) the *Ch. Juft. held*, an
irregular Warrant might be admitted in Juftifica-
tion of the Officer, and that the Court were wrong
in the Cafe of Gay on the other Side. (6)

1763.

Rex
*v.*
Gay.

---

and apparently within the jurifdiction of the court or magiftrate iffuing
it. *Fifher* v. *McGirr*, 1 Gray, 45. *Clark* v. *May*, 2 Gray, 410, 413.

(6) The cafe referred to is *Cornelius Baffett* v. *Wadfworth Mayhew
& al.* May Term 1763, which was an action of trefpafs for fhooting
the plaintiff, a deputy fheriff, in the leg, while he was endeavoring to
arreft the defendant by virtue of the following warrant :

Bassett
*v.*
Mayhew.

Rec. 1763.
Fol. 47.

---

" Dukes County fs : To the Sherriff of faid County, his Under Sher-
          " riff or Deputy, Greeting.   Whereas Robert Allen of Chill-
[seal.]   " mark in faid County, Gentn. Has this Day appeared before
          " the Juftices of our Lord the King at His Majefty's Court of
" General Seff:s of The Peace, and made Complaint That he being in
" the Execution of his office as Corroner, at the Houfe of Zacheus
" Mayhew Efq in Chillmark in the County aforefaid : Lawfully au
" thorized by a Mittimus to carry one Jerufha Mayhew to his Majefty's
" Goal in Edgartown in faid County, he was there oppofed in his faid
" Office by one Wadfworth Mayhew of faid Chillmark by violently
" feizing the body of the faid Jerufha & holding her, and Prevented his
" Carrying faid Jerufha to his Majefty's Goal : Which Doings of faid
" Wadfworth is Contrary to Law, &c. Thefe are therefore in His
" Majefty's Name, To Require You or Either of You forthwith to
" take the Body of the faid Wadfworth (if he may be found in your
" Precinct), Againft all Oppofition to enter any Houfe where you fhall
" fufpect him faid Wadfworth to be, & to bring him forthwith before
" the Juftices of Our Lord the King at his Majefty's Court of Genral
" Seff:s of the Peace now Sitting in Seff:s at Tifbury : So that he may
" be Dealt with According to Law in the Premifes. Hereof fail not
" & make Return of this Writ with your Doings therein into f'd Court.
    " Dated at Tifbury The 26th Day of Octor. Anno Dom : 1762 & In
" the Third Year of his Majefty's Reign.
                              " Per Order of Court
                                  " James Athearn *Cler.*"